UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENERAL CROOK/KATHRYN BLACK, ) | |
| ) | |
| Plaintiff, ) | 2:10-cv-1681-GMN-RJJ |
| ) | |
| vs. ) | |
| ) | |
| MELVIN A PALMER/WANDA PALMER, ) | O R D E R |
| ) | |
| Defendant, ) | |

This matter is before the Court on a Motion to File Informa Pauperis Status With the United States District Court of Nevada (#1)

The Court having reviewed the Application (#1) and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for October 21, 2010, at 11:30 AM in courtroom3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiffs, General Crook and Kathryn Black, are required to appear in Court for this hearing. Plaintiffs are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiffs by certified mail, return receipt requested.

DATED this __4th__ day of October, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge