UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

GENERAL CROOK and KATHRYN BLACK, )
   Plaintiff, )  2:10-cv-1681-GMN-RJJ
vs. )
MELVIN A. PALMER, *et al.*, )  O R D E R
   Defendant, )

This matter is before the Court on Applications to Proceed in District Court Without Prepaying Fees or Costs (#6 and #7).

The Court having reviewed the Applications (#6 & #7) and good cause appearing therefore,

IT IS HEREBY ORDERED that a status hearing is scheduled for November 15, 2010, at 10:00 AM in courtroom 3D, 3d floor, Lloyd D. George United States Courthouse, 333 Las Vegas Blvd. So., Las Vegas, Nevada.

IT IS FURTHER ORDERED that only Plaintiffs, General Crook and Kathryn Black, are required to appear in Court for this hearing. Plaintiffs are advised that failure to appear for this hearing may result in a recommendation that this case be dismissed.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order on the Plaintiff by certified mail, return receipt requested.

DATED this __26th__ day of October, 2010.

                _____
                ROBERT J. JOHNSTON
                United States Magistrate Judge