UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KATHRYN BLACK,<br>GENERAL CROOK,<br><br>    Plaintiff,<br><br>vs.<br><br>MELVIN A. PALMER and<br>WANDA PALMER,<br><br>    Defendant, | 2:10-cv-1681-GMN-RJJ<br><br>REPORT AND RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

This matter was submitted to the undersigned Magistrate Judge on the failure of Plaintiff Kathryn Black to pay the filing fee and to file an amended complaint on or before December 15, 2010, pursuant to the Court's Order. *See*, Minutes of Proceedings (#13).

The Court having reviewed this matter makes the following findings,

1. On October 22, 2010, Plaintiff Kathryn Black filed an Application to Proceed *In Forma Pauperis* (#6).

2. At a hearing held on November 15, 2010, the Court denied Plaintiff Kathryn Black's Application to Proceed *In Forma Pauperis* (#6) and ordered her to pay the full filing fee on or before December 15, 2011. *See*, Minutes of Proceedings (#13).

3. Also at said hearing the Court ordered the Plaintiffs to file an amended complaint on or before December 15, 2010.

     4.     Plaintiff Kathryn Black has not paid the filing fee and has not filed an amended complaint.

Based on the foregoing and good cause appearing therefore,

## **RECOMMENDATION**

IT IS THE RECOMMENDATION of the undersigned Magistrate Judge that this case be **DISMISSED WITH PREJUDICE only as to Plaintiff Kathryn Black**.

## **NOTICE**

Pursuant to Local Rule IB 3-2 [former LR 510-2] any objection to this Report and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days after service of this Notice.  The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time.  Thomas v. Arn, 474 U.S. 140 (1985), reh'g denied, 474 U.S. 1111 (1986).  This Circuit has also held that (1) failure to file objections within the specified time and (2) failure to properly address and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal factual issues from the order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991); Britt v. Simi Valley United Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

DATED this   24th   day of February, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge