## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KATHRYN BLACK,<br>GENERAL CROOK,<br><br>        Plaintiffs,<br>  vs.<br><br>MELVIN A. PALMER and WANDA PALMER,<br><br>        Defendants. | Case No.: 2:10-cv-01681-GMN-RJJ<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**<br>**(ECF #14)** |

Before the Court for consideration is the Report and Recommendation (ECF No. 14) of the Honorable Robert J. Johnston, United States Magistrate Judge, entered February 24, 2011, in which Magistrate Judge Johnston recommended that this case be dismissed as to Plaintiff Kathryn Black. Plaintiff Kathryn Black has not paid the filing fee and has not filed an Amended Complaint, which she was directed to do on or before December 15, 2010.

The Court has conducted a *de novo* review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, and has determined that Magistrate Judge Johnston's Recommendation should be ACCEPTED.

**IT IS THEREFORE ORDERED** that Magistrate Judge Johnston's Report and Recommendation (ECF No. 14) is **ACCEPTED**. This case is therefore **DISMISSED with prejudice only as to KATHRYN BLACK**.

DATED this 6th day of May, 2011.

_____
Gloria M. Navarro
United States District Judge